DENNIS B. COOK, ESQ. (SBN 093432)
LISA V. RYAN, ESQ. (SBN 217802)
BARBARA A. COTTER, ESQ. (SBN 142590)
BLAZE VAN DINE, ESQ. (SBN 251946)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant VELLUTINI CORPORATION DBA ROYAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MASTERS, individually and on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>VELLUTINI CORPORATION DBA ROYAL ELECTRIC COMPANY, and Defendants 1 to 750,<br><br>　　　　　　　Defendants. | Case No. 2:08-CV-01372-JAM-DAD<br><br>**STIPULATION AND ORDER EXTENDING FILING DATE FOR JOINT STATUS REPORTS** |

　　　　WHEREAS Defendant, VELLUTINI CORPORATION DBA ROYAL ELECTRIC COMPANY, removed this action to federal court on June 17, 2008; and

　　　　WHEREAS the Court issued an order requiring Joint Status Reports be filed by the Parties on or before August 17, 2008; and

　　　　WHEREAS the Plaintiff filed a motion to remand the matter to State court, and a hearing is set for August 20, 2008; and

　　　　WHEREAS the Parties seek to postpone the filing of the Joint Status Reports until the motion to remand is heard;

　　　　THE PARTIES HEREBY agree, subject to the Court's approval, that the Joint Status Reports shall be filed on or before September 19, 2008.

PDF created with pdfFactory trial version www.pdffactory.com

```
                                    COOK BROWN, LLP
                                    DENNIS B. COOK, ESQ.
                                    LISA V. RYAN, ESQ.
                                    BARBARA A. COTTER, ESQ.
                                    BLAZE VAN DINE, ESQ.
```

DATED: August 5, 2008           By:      / s /  Blaze Van Dine
                                    Attorneys for Defendant
                                    VELLUTINI CORPORATION DBA ROYAL
                                    ELECTRIC COMPANY


                                    LAW OFFICES OF ELLYN MOSCOWITZ
                                    ELLYN MOSCOWITZ, ESQ.
                                    KATHY ROBERTS, ESQ.
                                    CHRISTINA MOLTENI, ESQ.


DATED: August 5, 2008           By:      / s /  Kathy Roberts
                                    Attorneys for Plaintiff
                                    MICHAEL MASTERS


For good cause shown, the stipulation for an extension of time is hereby GRANTED.


                                /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE

DATED: August 7, 2008

---

STIPULATION AND ORDER EXTENDING FILING DATE FOR JOINT STATUS REPORTS

C:\Documents and Settings\HVine\Desktop\08cv1372.o.87.doc     2

PDF created with pdfFactory trial version www.pdffactory.com