DENNIS B. COOK, ESQ. (SBN 093432)
LISA V. RYAN, ESQ. (SBN 217802)
BARBARA A. COTTER, ESQ. (SBN 142590)
BLAZE VAN DINE, ESQ. (SBN 251946)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant VELLUTINI CORPORATION DBA ROYAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MASTERS, individually and on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>VELLUTINI CORPORATION DBA ROYAL ELECTRIC COMPANY, and Defendants 1 to 750,<br><br>　　　　　　Defendants. | Case No.  2:08-CV-01372-JAM-DAD<br><br>**STIPULATION AND ORDER EXTENDING FILING DATE FOR JOINT STATUS REPORTS** |

　　　　WHEREAS Defendant, VELLUTINI CORPORATION DBA ROYAL ELECTRIC COMPANY, removed this action to federal court on June 17, 2008; and

　　　　WHEREAS the Court issued an order requiring Joint Status Reports be filed by the Parties on or before September 19, 2008; and

　　　　WHEREAS the Plaintiff filed a motion to remand the matter to State court; and

　　　　WHEREAS the Parties seek to postpone the filing of the Joint Status Reports until the motion to remand is decided;

　　　　THE PARTIES HEREBY agree, subject to the Court's approval, that the Joint Status Reports shall be filed on or before October 17, 2008.

STIPULATION AND ORDER EXTENDING FILING DATE FOR JOINT STATUS REPORTS
C:\Documents and Settings\HVine\Desktop\08cv1372.o.95.doc     1

PDF created with pdfFactory trial version www.pdffactory.com

```
                                        COOK BROWN, LLP
                                        DENNIS B. COOK, ESQ.
                                        LISA V. RYAN, ESQ.
                                        BARBARA A. COTTER, ESQ.
                                        BLAZE VAN DINE, ESQ.
```

DATED: September 5, 2008                By:   / s /  Blaze Van Dine
                                        Attorneys for Defendant
                                        VELLUTINI CORPORATION DBA ROYAL
                                        ELECTRIC COMPANY


                                        LAW OFFICES OF ELLYN MOSCOWITZ
                                        ELLYN MOSCOWITZ, ESQ.
                                        KATHY ROBERTS, ESQ.
                                        CHRISTINA MOLTENI, ESQ.


DATED: September 5, 2008                By:   / s /  Kathy Roberts
                                        Attorneys for Plaintiff
                                        MICHAEL MASTERS

   For good cause shown, the stipulation for an extension of time is hereby GRANTED.


DATED: September 5, 2008


                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        U. S. DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING FILING DATE FOR JOINT STATUS REPORTS
C:\Documents and Settings\HVine\Desktop\08cv1372.o.95.doc       2

PDF created with pdfFactory trial version www.pdffactory.com